**Dismissed and Memorandum Opinion filed November 1, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00007-CV

## GOPIKRISHNA P. DORAISWAMY, Appellant

## V.

## PIPING TECHNOLOGY & PRODUCTS, INC., Appellee

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-53760**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 10, 2014. On September 29, 2015, the appeal was submitted to the court without oral argument. On October 12, 2015, the parties notified this court that they had reached an agreement to settle the issues on appeal, and appellant no longer intended to pursue the appeal. Appellant stated he would be filing a motion to dismiss the appeal.

On February 25, 2016, this court abated this appeal to permit the parties time

to file a motion to dismiss the appeal. As of the date of this opinion, the court has not received a motion to dismiss.

On September 22, 2016, this court issued an order stating that unless any party to the appeal filed a motion demonstrating good cause to retain the appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). No response was filed.

Accordingly, we reinstate the appeal and order it dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Donovan.